**Dismissed and Memorandum Opinion filed October 14, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-09-00078-CV

---

### ASPEN EXPLORATION, INC., Appellant

### V.

### INTEGRATED PRODUCTION SERVICES, LLC., Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-33148**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed on October 7, 2008. On March 26, 2009, this court abated the appeal because appellant was named as a debtor in an involuntary Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Texas, under cause number 08-50325. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on July 30, 2019. The

parties failed to advise this court of the bankruptcy court action.

On September 9, 2021, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.